423 A.2d 1327

Commonwealth v. Torres, Appellant.

Submitted June 29, 1979.
John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Order reversed and appellant discharged.

423 A.2d 1327

Commonwealth ex rel. Fowkes v. Fowkes.

Appeal of Fowkes.

Submitted April 12, 1979.
Robert C. Haberstroh, for Commonwealth, appellant; O. E. Mattas, Jr., for appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.